*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, GROSS, and BLOSSER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Christopher W. WALLS**
Quartermaster Chief Petty Officer
(E-7), U.S. Navy
*Appellant*

**No. 202300120**

_____

Decided: 6 November 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Andrea Lockhart

Sentence adjudged 6 February 2023 by a general court-martial convened at Region Legal Service Office Southwest, San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twelve years, and a dishonorable discharge.

For Appellant:
*Lieutenant Christopher B. Dempsey, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

———————————————

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.